

FILED

JUL 2 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 00-5428 OWW<br>**NEW CASE NO. CV F 00-5428 LJO** |
| Plaintiff, | **ORDER TO RELATE AND REASSIGN CASE** |
| vs. | |
| JOSE LUIS GARCIA, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 10-116-1 LJO |
| Plaintiff, | **ORDER TO RELATE CASE** |
| vs. | |
| JOSE LUIS GARCIA-QUINTERO, | |
| Defendant.                    / | |

On the basis of good cause, as this Court set forth on the record on June 18, 2010, this Court REASSIGNS *United States v. Jose Luis Garcia*, Case No. 1:00-cr-5428-OWW from United States District Judge Oliver W. Wanger to United States District Judge Lawrence J. O'Neill. All further papers shall bear the new case number **CR-F-00-5428 LJO.**

///

///

1

1       In addition, this Court DIRECTS the clerk of court to RELATE the above captions cases, and

2 to FILE this order on the docket of both actions.

3

4 IT IS SO ORDERED BY TRANSFERRING JUDGE

5

6 Dated: July 21, 2010

                            UNITED STATED DISTRICT JUDGE

7

8 IT IS SO ORDERED BY ACCEPTING JUDGE

9 Dated: July 21, 2010

                            UNITED STATED DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28